IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KNOWLEDGE LEARNING CORPORATION**, a foreign business corporation; and **KINDERCARE LEARNING CENTERS, INC.**, a foreign business corporation, | Civil Case No. 10-188-ST |
| Plaintiffs, | O R D E R |
| v. | |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**; and **DISCOVER PROPERTY & CASUALTY COMPANY**, a foreign insurance company, | |
| Defendants. | |

    Louis A. Ferreira, IV
    Timothy W. Snider
    Stoel Rives LLP
    900 SW 5th Avenue, Suite 2600
    Portland, Oregon 97204

        Attorneys for Plaintiffs

Page 1 - ORDER

Lee S. Aronson
Schulte Anderson Downes Aronson Bittner, PC
811 SW Naito Parkway, Suite 500
Portland, Oregon  97204-3379

Jenny M. Churas
Johnson Andrews & Skinner PS
200 W. Thomas Street, Suite 500
Seattle, Washington  98119

Stephen G. Skinner
Andrews Skinner, PS
645 Elliott Avenue West, Suite 350
Seattle, Washington  98119-3911

Brian C. Hickman
Diane L. Polscer
Gordon & Polscer, LLC
9755 SW Barnes Road, Suite 650
Portland, Oregon  97225

      Attorneys for Defendants

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on April 18, 2011.  Plaintiffs filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Stewart.

Page 2 - ORDER

This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart [56] dated April 18, 2011 in its entirety.

IT IS HEREBY ORDERED that Plaintiffs' Petition for Attorney Fees and Bill of Costs [46] should be granted in the sum of $31,832.50 for attorney fees and $1,638.98 for costs.

DATED this   27th   day of May, 2011.

                /s/ Garr M. King
                GARR M. KING
                United States District Judge